JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LIJUAN YANG,<br>Petitioner,<br>v.<br>FERETI SEMAIA, et al.,<br>Respondents. | Case No. 5:26-cv-04952 ODW (ADS)<br><br>JUDGMENT |

Pursuant to the Court's Order, IT IS HEREBY ORDERED AND ADJUDGED that the Petition is granted. Respondents must immediately release Petitioner Lijuan Yang (A# 075-661-763) from immigration detention.

DATED: September 16, 2026

THE HONORABLE OTIS D. WRIGHT, II
United States District Judge